THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* CITY OF YONKERS, Appellant.

Argued November 22, 1944; decided December 30, 1944.

*John J. Broderick, Corporation Counsel (J. Raymond Hannon* of counsel), for appellant.

*Nathaniel L. Goldstein, Attorney-General (Wendell P. Brown, Orrin G. Judd* and *Edward L. Ryan* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, CONWAY, DESMOND and THACHER, JJ. Taking no part: LEWIS, J.